BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KIMBERLY HOPKINS (MABN 668608)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kimberly.hopkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00170 MMC |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| | ) VACATING BRIEFING AND HEARING |
| v. | ) SCHEDULE AND SCHEDULING A STATUS |
| | ) CONFERENCE FOR NOVEMBER 30, 2016 |
| RICHARD PHILLIP DURAN, | ) |
| | ) |
| Defendant. | ) |

    The parties in this case agree and jointly request that the Court vacate the current briefing and hearing schedule in the above captioned case and set a further status conference for November 30, 2016.[1] The reason for the request is to allow the parties additional time to resolve the pending supervised release case. Additionally, counsel for the defendant will be out of the district on November 14, 2016, the date currently set for the evidentiary hearing; and counsel for the government will be out of the district on a work related matter on November 2, 2016, the date currently set for the status hearing. Accordingly, the parties are requesting that the current briefing and hearing schedule be

---

[1] On July 27, 2016, the court set the following schedule: 1) Evidentiary hearing on supervised release petition set for November 14, 2016; 2) further status conference set for November 2, 2016; 3) briefing on issues concerning sufficiency of proposed evidence to be filed no later than October 26, 2016. Dkt. 42.

STIPULATION AND [PROPOSED] ORDER
CR-07-00170 MMC

1  vacated, and that the Court set a further status conference for November 30, 2016 at 2:15 p.m.  The
2  proposed date and time have been cleared with the Court and the Probation Officer
3  IT IS SO STIPULATED.

5  DATED:  October 18, 2016              BRIAN J. STRETCH
                                         United States Attorney

7                                   By:      /s/
                                         KIMBERLY HOPKINS
8                                        Assistant United States Attorney

10 DATED:  October 18, 2016                   /s/
                                         HARRIS TABACK
11                                       Counsel for Richard Phillip Duran

13                          [PROPOSED] ORDER
14     Based upon the above Stipulation, and for good cause appearing, the court grants the parties'
15 request to vacate the current briefing and hearing schedule in the above captioned case, and schedules a
16 further status conference for November 30, 2016 at 2:15 p.m.
17 IT IS SO ORDERED.
18 DATED:  October 18, 2016
                                         HON. MAXINE M. CHESNEY
19                                       UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR-07-00170 MMC